USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**PAMELA WILLIAMS,**
*on behalf of herself and all others similarly situated,*

                 **Plaintiff,**

-against-

**PETSENSE, INC.,**

                 **Defendant.**
-------------------------------------------------------------x

20-CV-2304 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    **May 5, 2020**
              **New York, New York**

                                                    _____
                                                    **HON. ANDREW L. CARTER, JR.**
                                                        **United States District Judge**